WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'08 JUN 03 12:27 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JOHN POLHAMUS**,                                                                                   CV # 07-809-PK

    Plaintiff,

vs.                                                                                                                ORDER

**COMMISSIONER of Social Security**,

    Defendant.

_____

Attorney fees in the amount of $4,875.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be made payable to and mailed directly to Plaintiff's attorney, Tim Wilborn, at 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

DATED this 2nd day of June, 2008.

_____
United States District Judge

Submitted on June 1, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1